No. 75-6297. FIALLO, A MINOR, BY RODRIGUEZ, ET AL. *v.* LEVI, ATTORNEY GENERAL, ET AL. Appeal from D. C. E. D. N. Y. Motion of appellants for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. Case set for oral argument with No. 75-5952 [*Trimble* v. *Gordon,* probable jurisdiction noted, 424 U. S. 964].

No. 75-1312. DON E. WILLIAMS CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari granted.

No. 75-1462. DELAWARE REPUBLICAN STATE COMMITTEE ET AL. *v.* REDFEARN ET AL. C. A. 3d Cir. Certiorari granted.

No. 75-60. VINCENT ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75-158. BOARD OF TRUSTEES OF THE UNIVERSITY OF TENNESSEE ET AL. *v.* SONI. C. A. 6th Cir. Certiorari denied.

No. 75-247. UNITED STATES *v.* SPERLING. C. A. 3d Cir. Certiorari denied.

No. 75-405. NATIONAL COMMISSION ON EGG NUTRITION *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 75-618. ATWELL *v.* KELLEY, ATTORNEY GENERAL OF MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 75-784. SIMON, SECRETARY OF THE TREASURY, ET AL. *v.* CARO. C. A. 7th Cir. Certiorari denied.